01-15-00853-CR



# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

October 8, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/8/2015 12:10:00 PM
CHRISTOPHER A. PRINE
Clerk

ANGELA CAMERON
ATTORNEY OF RECORD
1201 FRANKLIN, 13TH FLOOR
HOUSTON, TX 77002

Defendant's Name: HUEY JONES

Cause No: 1463572

Court: 177TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 9/22/15
**Sentence Imposed Date:** 9/22/15
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** ANGELA CAMERON

Sincerely,

S. NORRIS
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

MATTIE KIMBLE (DELIVERED VIA E-MAIL)

GAIL PATTERSON

This is your notice to inform any and all substitute reporters in this cause.



# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

September 24, 2015

HONORABLE REAGAN CLARK
177TH DISTRICT COURT
HARRIS COUNTY

Defendant's Name: HUEY JONES

Cause No: 1463572

Court: 177TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 09/22/15
**Sentence Imposed Date:** 09/22/15
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

D. Bullock
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

MATTIE KIMBLE (DELIVERED VIA E-MAIL)
GAIL PATTERSON

This is your notice to inform any and all substitute reporters in this cause.

 

Cause No. **1463572**

| THE STATE OF TEXAS | IN THE **177** DISTRICT COURT |
|---|---|
| v | COUNTY CRIMINAL COURT AT LAW NO. ____ |
| _Huey Jones_ , Defendant | HARRIS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☒ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal [*or*]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, and the defendant has NO right of appeal [*or*]

☐ the defendant has waived the right of appeal

_____          _9-22-15_____
Judge                                           Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals TEX R. APP P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X _Huey P. Jones L._                          _____
Defendant                                        Defendant's Counsel

**FILED**
Chris Daniel
District Clerk

| Mailing Address: _____ | State Bar of Texas ID number: **00744175** |
|---|---|
| Telephone number. ____ SEP 2 2 2015 ____ | Mailing Address· _____ |
| Fax number (if any)· **Time:** _____ | Telephone number _____ |
| **By** ____ Deputy | Fax number (if any) _____ |

Harris County, Texas

* "A defendant in a criminal case has the right of appeal under these rules The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal" TEXAS RULES OF APPELLATE PROCEDURE 25 2(a)(2)

**CLERK**                                                               9/1/2011

Cause No. ~~F29~~ 1463572

# THE STATE OF TEXAS

### V.

Huey Jones, A/K/A/ _____

_177TH_ **District Court / County Criminal Court at Law No.** _____

**Harris County, Texas**

FILED
Chris Daniel
District Clerk

SEP 22 2015

Time:_____ Harris County, Texas
By_____ Deputy

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On ~~Huey Jones~~ Filed 9-22-15 (date), the defendant in the above numbered and styled cause gives **NOTICE OF APPEAL** of his conviction.

**The undersigned attorney (check appropriate box):**

☒ **MOVES** to withdraw.

☐ **ADVISES** the court that he will **CONTINUE** to represent the defendant on appeal.

9/22/15
**Date**

**Attorney (Signature)** _M____

HUEY JONES
**Defendant (Printed name)**

M. LIPKIN
**Attorney (Printed name)**

00794175
**State Bar Number**

5535F Memorial Dr 710
**Address**

713 802 9488
**Telephone Number**

**The defendant (check all that apply):**

☒ **REPRESENTS** to the court that he is presently **INDIGENT** and **ASKS** the court to immediately **APPOINT** appellate counsel to represent him.

☑ **ASKS** the Court to **ORDER** that a free record be provided to him.

☐ **ASKS** the court to set **BAIL**.

Accordingly, Appellant **ASKS** the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

Huey P. Jones Jr
**Defendant (Signature)**

HUEY P. JONES JR.
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON SEP 22 2015

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On __9-22-15__ the Court conducted a hearing and **FINDS** that defendant / appellant

◻ **IS NOT** indigent at this time.

☒ **IS** indigent for the purpose of

    ◻ employing counsel

    ◻ paying for a clerk's and court reporter's record.

    ☒ ~~employing~~ counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☒ Counsel's motion to withdraw is **GRANTED /** ~~**DENIED.**~~

◻ Defendant / appellant's motion (to be found indigent) is **DENIED**.

☒ Defendant's / appellant's motion is **GRANTED** and

    ☒ _____(attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal.

☒ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

BAIL IS:

    ☒ SET at $ __15,000__     _10-2-15_ (R)

    ◻ **TO CONTINUE** as presently set.

    ☒ **DENIED** and is **SET** at **NO BOND**. (Felony Only)

DATE SIGNED: __9-22-15__

_____
**JUDGE PRESIDING,**
_____ **DISTRICT COURT /**
**COUNTY CRIMINAL COURT AT LAW NO. ____,**
**HARRIS COUNTY, TEXAS**

# PAUPER'S OATH ON APPEAL

CAUSE NO.: 1463-572

OFFENSE: P.C.S

THE STATE OF TEXAS

177th DISTRICT COURT

VS.

OF

Huey Jones

HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES __Huey Jones__, defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

☑ Appoint appellate counsel to represent him.

☑ Asks the court to order that a free record be provided to him.

_Huey P. Jones Jr._
DEFENDANT

SEP 22 2015

SUBSCRIBED AND SWORN to before me, this_____day of_____A.D., 20_____.

DEPUTY DISTRICT CLERK
DISTRICT COURT
HARRIS COUNTY, TEXAS

**FILED**
Chris Daniel
District Clerk

SEP 25 2015

Time:_____
Harris County, Texas
By_____
Deputy

## ORDER

On __9-21-15__ the court conducted a hearing and found that the defendant is indigent.

☒ The court orders that __Angela Cameron PDO__ is appointed to represent defendant/appellant on appeal.

☒ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: __9/25/15__, by certified mail return receipt requested.

JUDGE PRESIDING
DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, __Angela Cameron__, Attorney at Law, swear or affirm that X will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

_____
ATTORNEY (SIGNATURE)

00788672
BAR/SPN NUMBER

1201 Franklin 13th Floor
ADDRESS

Houston TX 77002
CITY          STATE      ZIP

713-274-6702
PHONE

713-437-4327
FAX NUMBER

Angela.Cameron@pdo.hctx.net
EMAIL ADDRESS

SWORN TO AND SUBSCRIBED BEFORE ME ON __9/25/15__

DEPUTY DISTRICT CLERK (SIGNATURE)

DISTRICT CLERK

# APPEAL CARD



157

Court **177**  11-21-15  Cause No. **1463572**

### The State of Texas
### Vs
**HUEY JONES**

9-22-15

SEP 2 2 2015

**Date Notice Of Appeal:** _____

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** REAGAN CLARK

**Court Reporter** GAIL PATTERSON

**Court Reporter** MATTIE KIMBLE

**Court Reporter** _____

**Attorney on Trial** MARK LIPKIN

**Attorney on Appeal** _____

Appointed ✓ Hired _____

**Offense** POSS CS PG < 1G

**Jury Trial** Yes ✓ No _____

**Punishment Assessed** 600 days STJ $2500 f___

**Companion Cases (If Known)** _____

**Amount of Appeal Bond** _____

**Appellant Confined:** Yes ✓ No _____

**Date Submitted To Appeal Section** _____

**Deputy Clerk** _____